IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 15-173
) **[UNDER SEAL]**
KIARI NICOLE DAY )

ARRAIGNMENT PLEA

Defendant Kiari Nicole Day being arraigned, pleads **guilty to Count 1** in open Court this **6th** day of **Nov**, 2015.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)